UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS PEREZ-GARCIA,<br><br>Defendant. | Case No.:  22-CR-1581-GPC<br><br>**ORDER DENYING DEFENDANT'S MOTION AS MOOT**<br><br>**[ECF No. 69]** |

On December 6, 2022, Defendant filed a Motion to Modify Conditions of Pretrial Release. ECF No. 69. The Court issued an Order that same day denying Defendant's request to modify his conditions of release. ECF No. 70. Thus, the Motion is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated:  December 8, 2022

Hon. Gonzalo P. Curiel
United States District Judge

1