**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS PEREZ GARCIA (2),<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 22-cr-1581-GPC-2<br><br>**JUDGMENT AND ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**<br><br>**[ECF No. 52]** |

The government moves to dismiss the Information in the above-referenced matter as to Defendant Jesus Perez Garcia. ECF No. 152. Before trial, "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). Good cause appearing, the Court **GRANTS** the motion.

The Information in this matter against Defendant Jesus Perez Garcia is **DISMISSED** without prejudice. Charges against Defendant Jesus Perez Garcia remain pending in *United States v. Perez Garcia*, 23-cr-1526-GPC.

**IT IS SO ORDERED.**

Dated:  January 20, 2026

Hon. Gonzalo P. Curiel
United States District Judge

-1-